# United States Court of Appeals
# for the Fifth Circuit

———————

No. 25-11278
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
August 11, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JUSTIN LEE DOMINGUEZ,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:25-CR-44-13

———————————————————

Before ELROD, *Chief Judge*, and WILSON and DOUGLAS, *Circuit Judges*.
PER CURIAM:[*]

The attorney appointed to represent Justin Lee Dominguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Dominguez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous

———

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-11278

issue for appellate review.   Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.